# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| **SETH HUNTER GEOFFRION,** | ) |
| **on behalf of himself and all others** | ) |
| **similarly situated,** | ) |
| **Plaintiff** | ) |
| | ) |
| **v.** | )   **Civil Action No. 10-11313** |
| | ) |
| **GREGORY P. TURNER,** | ) |
| **Attorney at Law** | ) |
| **Defendant** | ) |

## STIPULATION OF DISMISSAL

The parties agree and stipulate that this action is to be dismissed with prejudice,

without fees or costs to either party, both parties waiving rights of appeal.


Plaintiff, by:

_/s/Kenneth D. Quat_
BBO #408640 QUAT
LAW OFFICES
678 Massachusetts Avenue, Suite 702
Cambridge MA 02139 617-492-0522
kquat@quatlaw.com


Defendant, by:

_/s/ Gregory P. Turner_ Box
540268 Waltham MA
02454 781-647-5535
gregturner@gptlawma.com

**<u>Certificate of Service</u>**

The undersigned certifies that on May 6, 2011, the foregoing document was served on all registered users via the Court's ECF system, and on all non-registered parties via first class mail, postage prepaid.


_/s/Kenneth D. Quat_

2